CO-386-online
10/03

# United States District Court
# For the District of Columbia

Federal Education Association, Inc.     )
                                        )
                                        )
                                        )
              Plaintiff                 )     Civil Action No._____
        vs                              )
                                        )
Donald H. Rumsfeld, Secretary and       )
Linda M. Springer, Director.            )
                                        )
              Defendant                 )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Federal Education Assn, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Federal Education Assn, Inc__ which have any outstanding securities in the hands of the public:

none. The Federal Education Association, Inc. is a not-for-profit membership association.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Richard J. Hirn* (signature)
Signature

__291849__
BAR IDENTIFICATION NO.

Richard J. Hirn
Print Name

5335 Wisconsin Ave NW, Suite 440
Address

Washington, DC 20015
City      State      Zip Code

202-274-1812
Phone Number