IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION<br>  ASSOCIATION, INC., | )<br>)<br>) |
|       Plaintiff, | )<br> |
|       v. | ) Case No. 1:05CV02324 EGS<br>) |
| DONALD RUMSFELD, SECRETARY OF<br>  DEFENSE, <u>et al.</u>, | )<br>)<br>) |
|       Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey M. Smith will appear in this action on behalf of the Defendants as counsel.

All future correspondence and other communications regarding this case should be directed to Mr. Smith at the following addresses:

**FOR U.S. MAIL**    Jeffrey M. Smith
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

**FOR COURIER**    Jeffrey M. Smith
**AND HAND**    U.S. Department of Justice
**DELIVERIES**    Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20001

<u>U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.</u>

Mr. Smith may be reached by phone at (202) 514-5751. Faxes for Mr. Smith should be sent to (202) 616-8470.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____/s/_____
SUSAN K. RUDY, D.C. Bar # 369112
JEFFREY M. SMITH, D.C. Bar # 467936
JONATHAN ZIMMERMAN, MA Bar # 654255
Attorneys, U.S. Department of Justice
20 Massachusetts Avenue, N.W.,
Washington, D.C.  20530
Telephone:  (202) 514-5751

Attorneys for Defendants