IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL EDUCATION ASSOCIATION, Inc.** : <br> : <br> plaintiff, : <br> : <br> v. : <br> : <br> **DONALD H. RUMSFELD,** Secretary, : <br> United States Department of Defense, *et al.,* : <br> : <br> defendants. : | Case No. 1:05CV02324 EGS |

DECLARATION OF SHERIDAN PEARCE

I, Sheridan Pearce, hereby declare that:

1. I am the President of the Federal Education Association, Inc., which is a state affiliate of the National Education Association. The Federal Education Association represents educators employed in the United States Department of Defense Dependents Schools and educators and educational support personnel employed in the United States Department of Defense Domestic Dependents Schools. I have been FEA President since 2001. Prior to my election as President, I was the National Education Association (NEA) Director for FEA from 1995-2001. This position provided me with a seat on both the NEA and FEA Boards of Directors. I began my career as an educator at Sinton School District in Sinton, Texas and taught there from 1968 to 1977. From 1977 to 1981, I was

1

employed by Dickinson Independent School District in Dickinson, Texas. Then, from 1981 to 1985, I was employed by the North Side Independent School District in San Antonio, Texas. In 1985, I was hired by United States Department of Defense Dependents Schools, and was assigned from 1985 to 1987 to Panama. I was reassigned to Vilseck, Germany in 1987, and remained there until 2001, when I was elected FEA President.

2. The Federal Education Association was originally organized as a professional association of teachers in the Department of Defense Dependents Schools in 1956. The FEA was known as the Overseas Education Association until 1995. The OEA began collective bargaining on behalf of DODDS teachers in Europe in 1967 and on behalf of DODDS teachers in the Pacific in 1969. It collectively bargained with DOD on behalf of DODDS teachers employed on military bases in Japan, Okinawa, South Korea and the Republic of the Philippines during the height of the Viet Nam War without any adverse impact on the ability of DOD to prosecute the war from those bases.

3. The FEA currently represents a bargaining unit of approximately 5,000 DODDS teachers, counselors, school psychologists and nurses (who will be collectively referred to as "overseas educators") at U.S. bases in eight countries, including Germany, Great Britain, Japan and South Korea (another union affiliated with the American Federation of Teachers represents the remaining DoDDS educators in the Mediterranean unit). Its current collective bargaining agreement with DODDS was negotiated in 1989, and is still in full force and effect, but it has been amended at various times.

of these salary schedules are attached hereto as exhibits B, C and D respectively). Separate salary schedules have been negotiated for the two DDESS schools in Northern Virginia (Quantico and Dahlgren) and for the West Point Elementary School because of the higher salaries received by public school teachers in Northern Virginia and New York. A fourth salary schedule covers DDESS teachers in Guam.

5.  The FEA also bargains for the DDESS educational support personnel - such as teacher aides, secretaries, custodians, and bus drivers - at DDESS schools on six bases - Fort Stewart, Fort Knox, Camp Lejeune, Fort Campbell, West Point and Robbins Air Force Base. The DDESS educational support personnel presently have separate contracts at each of the individual bases, and the FEA and DDESS are engaged in negotiations for a master agreement that covers all of the DDESS educational support personnel represented by the FEA. FEA and DDESS have, and are continuing to negotiate over pay for these employees.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

*Sheridan Pearce*
Sheridan Pearce
President
Federal Education Association, Inc.
1201 Sixteenth Street NW
Suite 117
Washington, DC 20036

January 6, 2006

4

4.     The FEA also represents all teachers, counselors, nurses and educational professionals in all of the DOD Domestic Dependents Schools (DDESS) with the exception of those in Puerto Rico (where the educators are represented by an independent union, the Antilles Consolidated Education Association).  FEA-Stateside Region, a subordinate body of FEA, bargains with DDESS.  DDESS and the FEA have recently executed a new collective bargaining agreement covering these employees. The parties have negotiated and agreed to four separate salary schedules for each job classification. Copies of the new estimated salary schedules for School Year 2005-2006 for West Point, Quantico and Dahlgren, and the other DDESS schools (excluding Guam) ( the new salary schedule for Guam is not available yet- the most recent one available is for School Year 2000-2001), are attached hereto as exhibit A.  One schedule covers all of the DDESS schools in Kentucky, North Carolina, South Carolina, Georgia and Alabama and is modeled on the salary schedules for the public school teachers in those states. There are eight separate pay lanes for teachers, depending on educational level (i.e., BA, BA plus 15 hours; BA plus 30 hours; MA, MA plus 15 hours, etc), and 29 steps in each lane. Teachers advance one step for each year of service.  This compensation scheme is routine in public schools across the country, including those school systems on which this schedule is based. (For example, the North Carolina state teacher salary schedule has six pay lanes, with 30 steps corresponding to years of service. The Georgia state salary schedule has seven pay lanes, and 20 steps. The South Carolina statewide minimum salary schedule has five pay lanes with salary steps for up to 22 years of service. Copies

3

# School Year 2005-2006 Estimated Salary Schedule for DDESS Educators

West Point, Quantico and Dahlgren are on separate schedules

| Step | BA | BA+15 | BA+30 | MA | MA+15 | MA+30 | EDS | PhD |
|---|---|---|---|---|---|---|---|---|
| 0 | 33940 | 35132 | 36326 | 38834 | 41342 | 43850 | 46834 | 49820 |
| 1 | 34974 | 36168 | 37363 | 39870 | 42377 | 44884 | 47870 | 50855 |
| 2 | 36021 | 37215 | 38410 | 40917 | 43424 | 45932 | 48917 | 51902 |
| 3 | 37083 | 38277 | 39471 | 41978 | 44486 | 46994 | 49978 | 52965 |
| 4 | 38156 | 39350 | 40545 | 43052 | 45559 | 48067 | 51053 | 54037 |
| 5 | 39242 | 40435 | 41630 | 44137 | 46645 | 49152 | 52137 | 55121 |
| 6 | 40337 | 41531 | 42725 | 45233 | 47739 | 50246 | 53232 | 56217 |
| 7 | 41446 | 42640 | 43832 | 46340 | 48848 | 51356 | 54341 | 57327 |
| 8 | 42561 | 43754 | 44949 | 47457 | 49965 | 52473 | 55457 | 58442 |
| 9 | 43688 | 44881 | 46076 | 48584 | 51092 | 53600 | 56583 | 59570 |
| 10 | 44821 | 46015 | 47209 | 49717 | 52224 | 54732 | 57717 | 60703 |
| 11 | 45963 | 47158 | 48350 | 50858 | 53365 | 55873 | 58858 | 61843 |
| 12 | 47109 | 48304 | 49498 | 52006 | 54514 | 57020 | 60005 | 62990 |
| 13 | 48262 | 49456 | 50650 | 53157 | 55665 | 58172 | 61157 | 64143 |
| 14 | 49417 | 50612 | 51806 | 54314 | 56821 | 59328 | 62314 | 65300 |
| 15 | 50576 | 51770 | 52965 | 55473 | 57979 | 60486 | 63473 | 66457 |
| 16 | 51736 | 52931 | 54125 | 56632 | 59138 | 61646 | 64633 | 67616 |
| 17 | 52898 | 54093 | 55286 | 57793 | 60299 | 62807 | 65794 | 68778 |
| 18 | 54059 | 55252 | 56447 | 58954 | 61461 | 63968 | 66954 | 69939 |
| 19 | 55217 | 56412 | 57606 | 60113 | 62621 | 65128 | 68114 | 71099 |
| 20 | 56375 | 57568 | 58763 | 61271 | 63777 | 66285 | 69271 | 72256 |
| 21 | 57528 | 58722 | 59916 | 62423 | 64931 | 67438 | 70422 | 73409 |
| 22 | 58675 | 59870 | 61064 | 63571 | 66079 | 68586 | 71572 | 74556 |
| 23 | 59816 | 61011 | 62206 | 64714 | 67222 | 69728 | 72713 | 75699 |
| 24 | 60950 | 62143 | 63338 | 65846 | 68354 | 70861 | 73845 | 76831 |
| 25 | 62075 | 63269 | 64464 | 66972 | 69479 | 71987 | 74971 | 77956 |
| 26 | 63189 | 64384 | 65577 | 68085 | 70593 | 73100 | 76086 | 79071 |
| 27 | 64292 | 65485 | 66680 | 69185 | 71693 | 74201 | 77186 | 80172 |
| 28 | 65382 | 66577 | 67770 | 70277 | 72785 | 75292 | 78278 | 81263 |
| 29 | 66458 | 67651 | 68846 | 71354 | 73861 | 76369 | 79354 | 82339 |

EXHIBIT A

# School Year 2005-2006 Estimated Salary Schedule for Quantico, Dahlgren Educators

| Step | BA | BA+15 | BA+30 | MA | MA+15 | MA+30 | EDS | PhD |
|---|---|---|---|---|---|---|---|---|
| 0 | 42425 | 43916 | 45409 | 48544 | 51676 | 54811 | 58542 | 62276 |
| 1 | 43715 | 45209 | 46702 | 49836 | 52971 | 56105 | 59836 | 63567 |
| 2 | 45025 | 46519 | 48011 | 51146 | 54281 | 57415 | 61146 | 64878 |
| 3 | 46354 | 47845 | 49338 | 52472 | 55606 | 58741 | 62473 | 66203 |
| 4 | 47693 | 49187 | 50678 | 53813 | 56948 | 60083 | 63814 | 67544 |
| 5 | 49051 | 50544 | 52038 | 55172 | 58306 | 61441 | 65171 | 68903 |
| 6 | 50423 | 51914 | 53408 | 56542 | 59676 | 62809 | 66543 | 70274 |
| 7 | 51807 | 53298 | 54791 | 57925 | 61060 | 64194 | 67927 | 71656 |
| 8 | 53203 | 54695 | 56189 | 59321 | 62456 | 65590 | 69322 | 73053 |
| 9 | 54610 | 56102 | 57595 | 60730 | 63864 | 66998 | 70729 | 74462 |
| 10 | 56027 | 57520 | 59013 | 62145 | 65280 | 68416 | 72147 | 75879 |
| 11 | 57452 | 58945 | 60437 | 63572 | 66706 | 69841 | 73572 | 77303 |
| 12 | 58886 | 60378 | 61871 | 65005 | 68140 | 71274 | 75005 | 78738 |
| 13 | 60326 | 61819 | 63311 | 66444 | 69581 | 72714 | 76447 | 80176 |
| 14 | 61771 | 63263 | 64756 | 67891 | 71024 | 74159 | 77891 | 81622 |
| 15 | 63219 | 64713 | 66204 | 69339 | 72473 | 75608 | 79339 | 83071 |
| 16 | 64671 | 66162 | 67655 | 70790 | 73923 | 77058 | 80790 | 84521 |
| 17 | 66121 | 67614 | 69106 | 72241 | 75375 | 78511 | 82241 | 85973 |
| 18 | 67574 | 69066 | 70559 | 73693 | 76828 | 79961 | 83695 | 87424 |
| 19 | 69023 | 70517 | 72007 | 75144 | 78278 | 81411 | 85143 | 88875 |
| 20 | 70471 | 71962 | 73455 | 76589 | 79723 | 82858 | 86590 | 90320 |
| 21 | 71909 | 73403 | 74894 | 78028 | 81162 | 84297 | 88029 | 91761 |
| 22 | 73345 | 74838 | 76330 | 79465 | 82600 | 85733 | 89465 | 93196 |
| 23 | 74772 | 76265 | 77758 | 80890 | 84025 | 87161 | 90891 | 94623 |
| 24 | 76188 | 77682 | 79173 | 82307 | 85442 | 88576 | 92307 | 96039 |
| 25 | 77592 | 79085 | 80578 | 83711 | 86847 | 89981 | 93712 | 97444 |
| 26 | 78988 | 80480 | 81972 | 85105 | 88241 | 91376 | 95106 | 98838 |
| 27 | 80365 | 81857 | 83350 | 86484 | 89618 | 92752 | 96484 | 100215 |
| 28 | 81726 | 83220 | 84711 | 87847 | 90981 | 94116 | 97846 | 101579 |
| 29 | 83072 | 84564 | 86058 | 89191 | 92326 | 95458 | 99191 | 102922 |

## School Year 2005-2006 Estimated Salary Schedule for West Point Educators

| Step | BA | BA+15 | BA+30 | MA | MA+15 | MA+30 | EDS | PhD |
|---|---|---|---|---|---|---|---|---|
| 0 | 44121 | 45673 | 47226 | 50484 | 53745 | 57003 | 60886 | 64764 |
| 1 | 45466 | 47018 | 48570 | 51831 | 55090 | 58350 | 62232 | 66111 |
| 2 | 46828 | 48380 | 49932 | 53190 | 56451 | 59710 | 63592 | 67471 |
| 3 | 48205 | 49758 | 51312 | 54570 | 57830 | 61089 | 64970 | 68851 |
| 4 | 49603 | 51155 | 52706 | 55967 | 59227 | 62487 | 66366 | 70247 |
| 5 | 51015 | 52565 | 54117 | 57378 | 60637 | 63897 | 67779 | 71657 |
| 6 | 52440 | 53992 | 55545 | 58803 | 62063 | 65322 | 69205 | 73084 |
| 7 | 53878 | 55429 | 56983 | 60244 | 63502 | 66763 | 70643 | 74523 |
| 8 | 55332 | 56884 | 58435 | 61696 | 64955 | 68215 | 72096 | 75976 |
| 9 | 56794 | 58346 | 59899 | 63158 | 66417 | 69677 | 73560 | 77440 |
| 10 | 58268 | 59819 | 61372 | 64633 | 67892 | 71151 | 75032 | 78911 |
| 11 | 59750 | 61301 | 62855 | 66115 | 69375 | 72635 | 76515 | 80396 |
| 12 | 61242 | 62795 | 64347 | 67607 | 70866 | 74125 | 78007 | 81887 |
| 13 | 62738 | 64292 | 65844 | 69103 | 72364 | 75623 | 79503 | 83385 |
| 14 | 64241 | 65794 | 67346 | 70605 | 73866 | 77125 | 81005 | 84887 |
| 15 | 65747 | 67301 | 68852 | 72112 | 75372 | 78633 | 82511 | 86394 |
| 16 | 67259 | 68810 | 70362 | 73621 | 76882 | 80141 | 84022 | 87903 |
| 17 | 68768 | 70319 | 71871 | 75132 | 78392 | 81650 | 85531 | 89411 |
| 18 | 70276 | 71829 | 73381 | 76640 | 79900 | 83160 | 87040 | 90920 |
| 19 | 71785 | 73337 | 74889 | 78147 | 81408 | 84667 | 88548 | 92430 |
| 20 | 73287 | 74840 | 76391 | 79651 | 82912 | 86172 | 90051 | 93933 |
| 21 | 74785 | 76339 | 77891 | 81151 | 84410 | 87671 | 91549 | 95433 |
| 22 | 76278 | 77831 | 79382 | 82643 | 85902 | 89162 | 93043 | 96923 |
| 23 | 77762 | 79315 | 80866 | 84126 | 87385 | 90645 | 94526 | 98407 |
| 24 | 79235 | 80788 | 82340 | 85600 | 88861 | 92118 | 96000 | 99879 |
| 25 | 80696 | 82249 | 83803 | 87062 | 90321 | 93581 | 97463 | 101343 |
| 26 | 82147 | 83699 | 85250 | 88511 | 91770 | 95030 | 98911 | 102792 |
| 27 | 83579 | 85131 | 86684 | 89943 | 93204 | 96463 | 100345 | 104224 |
| 28 | 84998 | 86548 | 88100 | 91359 | 94621 | 97880 | 101761 | 105641 |
| 29 | 86395 | 87948 | 89500 | 92759 | 96018 | 99278 | 103160 | 107040 |

DDESS-GUAM EDUCATORS SALARY SCHEDULE SCHOOL YEAR 1999-2000

COMPREHENSIVE SCHEDULE FOR EDUCATORS AND SPECIALISTS

| Step | BACHELOR'S | BA+15 | BA+30 | MASTER'S | MA+15 | MA+30 | DOCTOR'S |
|---|---|---|---|---|---|---|---|
| 1 | 30,589 | 31,650 | 32,712 | 33,774 | 34,836 | 35,897 | 36,959 |
| 2 | 31,776 | 32,909 | 34,048 | 35,186 | 36,324 | 37,463 | 38,601 |
| 3 | 32,964 | 34,168 | 35,383 | 36,598 | 37,813 | 39,028 | 40,243 |
| 4 | 34,152 | 35,427 | 36,718 | 38,010 | 39,302 | 40,593 | 41,885 |
| 5 | 35,339 | 36,686 | 38,054 | 39,422 | 40,790 | 42,159 | 43,527 |
| 6 | 36,527 | 37,944 | 39,389 | 40,834 | 42,279 | 43,724 | 45,169 |
| 7 | 37,714 | 39,203 | 40,725 | 42,246 | 43,768 | 45,289 | 46,811 |
| 8 | 38,902 | 40,462 | 42,060 | 43,658 | 45,256 | 46,854 | 48,452 |
| 9 | 40,090 | 41,721 | 43,395 | 45,070 | 46,745 | 48,420 | 50,094 |
| 10 | 41,277 | 42,979 | 44,731 | 46,482 | 48,234 | 49,985 | 51,736 |
| 11 | 42,465 | 44,238 | 46,066 | 47,894 | 49,722 | 51,550 | 53,378 |
| 12 | 43,653 | 45,497 | 47,402 | 49,306 | 51,211 | 53,115 | 55,020 |
| 13 | 44,840 | 46,756 | 48,737 | 50,718 | 52,700 | 54,681 | 56,662 |
| 14 | 46,028 | 48,015 | 50,072 | 52,130 | 54,188 | 56,246 | 58,304 |
| 15 | 47,172 | 49,186 | 51,271 | 53,356 | 55,441 | 57,527 | 59,612 |
| 16 | 48,316 | 50,357 | 52,470 | 54,582 | 56,695 | 58,807 | 60,920 |
| 17 | 49,460 | 51,528 | 53,668 | 55,808 | 57,948 | 60,088 | 62,228 |
| 18 | 50,603 | 52,700 | 54,867 | 57,034 | 59,201 | 61,369 | 63,536 |

1. The daily rate for positions paid from this schedule shall be 1/190th of the annual salary. The minimum increment earned is one-half day.

2. Steps 15, 16, 17, and 18 are longevity steps payable upon completion of four years service in steps 14, 15, 16, 17, respectively.

Effective Date: August 15, 1999

// Original Signed //
Paul Wolfe
Personnel Director

# Fiscal Year

# 2005 - 2006

# North Carolina Public School

# Salary Schedules

Also available online: www.ncpublicschools.org/fbs/manuals.htm

Financial & Business Services
NC Department of Public Instruction



EXHIBIT B

## 2005-2006
## BACHELOR'S DEGREE CERTIFIED TEACHER
## INCLUDES WORKPLACE DEVELOPMENT (VOC. ED.) TEACHERS
## SALARY SCHEDULE

| Years of Exp | Bachelor's Teacher | | | Bachelor's w/ NBPTS Certification | | |
|---|---|---|---|---|---|---|
| | Monthly Salary | 12 Monthly Installments | Annual Salary (10 months) | Monthly Salary | 12 Monthly Installments | Annual Salary (10 months) |
| 0 | $2,551 | $2,125.83 | $25,510 | N/A | N/A | N/A |
| 1 | $2,593 | $2,160.83 | $25,930 | N/A | N/A | N/A |
| 2 | $2,637 | $2,197.50 | $26,370 | N/A | N/A | N/A |
| 3 | $2,793 | $2,327.50 | $27,930 | $3,128 | $2,606.67 | $31,280 |
| 4 | $2,933 | $2,444.17 | $29,330 | $3,285 | $2,737.50 | $32,850 |
| 5 | $3,067 | $2,555.83 | $30,670 | $3,435 | $2,862.50 | $34,350 |
| 6 | $3,196 | $2,663.33 | $31,960 | $3,580 | $2,983.33 | $35,800 |
| 7 | $3,300 | $2,750.00 | $33,000 | $3,696 | $3,080.00 | $36,960 |
| 8 | $3,348 | $2,790.00 | $33,480 | $3,750 | $3,125.00 | $37,500 |
| 9 | $3,397 | $2,830.83 | $33,970 | $3,805 | $3,170.83 | $38,050 |
| 10 | $3,447 | $2,872.50 | $34,470 | $3,861 | $3,217.50 | $38,610 |
| 11 | $3,496 | $2,913.33 | $34,960 | $3,916 | $3,263.33 | $39,160 |
| 12 | $3,547 | $2,955.83 | $35,470 | $3,973 | $3,310.83 | $39,730 |
| 13 | $3,598 | $2,998.33 | $35,980 | $4,030 | $3,358.33 | $40,300 |
| 14 | $3,651 | $3,042.50 | $36,510 | $4,089 | $3,407.50 | $40,890 |
| 15 | $3,705 | $3,087.50 | $37,050 | $4,150 | $3,458.33 | $41,500 |
| 16 | $3,760 | $3,133.33 | $37,600 | $4,211 | $3,509.17 | $42,110 |
| 17 | $3,815 | $3,179.17 | $38,150 | $4,273 | $3,560.83 | $42,730 |
| 18 | $3,874 | $3,228.33 | $38,740 | $4,339 | $3,615.83 | $43,390 |
| 19 | $3,932 | $3,276.67 | $39,320 | $4,404 | $3,670.00 | $44,040 |
| 20 | $3,990 | $3,325.00 | $39,900 | $4,469 | $3,724.17 | $44,690 |
| 21 | $4,052 | $3,376.67 | $40,520 | $4,538 | $3,781.67 | $45,380 |
| 22 | $4,113 | $3,427.50 | $41,130 | $4,607 | $3,839.17 | $46,070 |
| 23 | $4,179 | $3,482.50 | $41,790 | $4,680 | $3,900.00 | $46,800 |
| 24 | $4,243 | $3,535.83 | $42,430 | $4,752 | $3,960.00 | $47,520 |
| 25 | $4,308 | $3,590.00 | $43,080 | $4,825 | $4,020.83 | $48,250 |
| 26 | $4,374 | $3,645.00 | $43,740 | $4,899 | $4,082.50 | $48,990 |
| 27 | $4,442 | $3,701.67 | $44,420 | $4,975 | $4,145.83 | $49,750 |
| 28 | $4,513 | $3,760.83 | $45,130 | $5,055 | $4,212.50 | $50,550 |
| 29 | $4,584 | $3,820.00 | $45,840 | $5,134 | $4,278.33 | $51,340 |
| 30+ | $4,584 | $3,820.00 | $45,840 | $5,134 | $4,278.33 | $51,340 |

**NOTE:** "NBPTS" stands for National Board for Professional Teacher Standards.

## 2005-2006
## MASTER'S DEGREE CERTIFIED TEACHER
## SALARY SCHEDULE

| Years of Exp | Master's Teacher ||| Master's w/NBPTS Certification |||
|---|---|---|---|---|---|---|
| | Monthly Salary | 12 Monthly Installments | Annual Salary (10 months) | Monthly Salary | 12 Monthly Installments | Annual Salary (10 months) |
| 0 | $2,806 | $2,338.33 | $28,060 | N/A | N/A | N/A |
| 1 | $2,852 | $2,376.67 | $28,520 | N/A | N/A | N/A |
| 2 | $2,901 | $2,417.50 | $29,010 | N/A | N/A | N/A |
| 3 | $3,072 | $2,560.00 | $30,720 | $3,441 | $2,867.50 | $34,410 |
| 4 | $3,226 | $2,688.33 | $32,260 | $3,613 | $3,010.83 | $36,130 |
| 5 | $3,374 | $2,811.67 | $33,740 | $3,779 | $3,149.17 | $37,790 |
| 6 | $3,516 | $2,930.00 | $35,160 | $3,938 | $3,281.67 | $39,380 |
| 7 | $3,630 | $3,025.00 | $36,300 | $4,066 | $3,388.33 | $40,660 |
| 8 | $3,683 | $3,069.17 | $36,830 | $4,125 | $3,437.50 | $41,250 |
| 9 | $3,737 | $3,114.17 | $37,370 | $4,185 | $3,487.50 | $41,850 |
| 10 | $3,792 | $3,160.00 | $37,920 | $4,247 | $3,539.17 | $42,470 |
| 11 | $3,846 | $3,205.00 | $38,460 | $4,308 | $3,590.00 | $43,080 |
| 12 | $3,902 | $3,251.67 | $39,020 | $4,370 | $3,641.67 | $43,700 |
| 13 | $3,958 | $3,298.33 | $39,580 | $4,433 | $3,694.17 | $44,330 |
| 14 | $4,016 | $3,346.67 | $40,160 | $4,498 | $3,748.33 | $44,980 |
| 15 | $4,076 | $3,396.67 | $40,760 | $4,565 | $3,804.17 | $45,650 |
| 16 | $4,136 | $3,446.67 | $41,360 | $4,632 | $3,860.00 | $46,320 |
| 17 | $4,197 | $3,497.50 | $41,970 | $4,701 | $3,917.50 | $47,010 |
| 18 | $4,261 | $3,550.83 | $42,610 | $4,772 | $3,976.67 | $47,720 |
| 19 | $4,325 | $3,604.17 | $43,250 | $4,844 | $4,036.67 | $48,440 |
| 20 | $4,389 | $3,657.50 | $43,890 | $4,916 | $4,096.67 | $49,160 |
| 21 | $4,457 | $3,714.17 | $44,570 | $4,992 | $4,160.00 | $49,920 |
| 22 | $4,524 | $3,770.00 | $45,240 | $5,067 | $4,222.50 | $50,670 |
| 23 | $4,597 | $3,830.83 | $45,970 | $5,149 | $4,290.83 | $51,490 |
| 24 | $4,667 | $3,889.17 | $46,670 | $5,227 | $4,355.83 | $52,270 |
| 25 | $4,739 | $3,949.17 | $47,390 | $5,308 | $4,423.33 | $53,080 |
| 26 | $4,811 | $4,009.17 | $48,110 | $5,388 | $4,490.00 | $53,880 |
| 27 | $4,886 | $4,071.67 | $48,860 | $5,472 | $4,560.00 | $54,720 |
| 28 | $4,964 | $4,136.67 | $49,640 | $5,560 | $4,633.33 | $55,600 |
| 29 | $5,042 | $4,201.67 | $50,420 | $5,647 | $4,705.83 | $56,470 |
| 30+ | $5,042 | $4,201.67 | $50,420 | $5,647 | $4,705.83 | $56,470 |

**NOTE:** "NBPTS" stands for National Board for Professional Teacher Standards.

## 2005-2006
## ADVANCED AND DOCTORAL DEGREED TEACHER SALARY SCHEDULE

| YEARS OF EX | ADVANCED (SIXTH YEAR) ||||  DOCTORATE ||||
|---|---|---|---|---|---|---|---|---|
| | Adv Teacher || Adv with NBPTS Cert. || PhD Teacher || PhD with NBPTS Cert. ||
| | 10 Month | 12 Monthly Installments | 10 Month | 12 Monthly Installments | 10 Month | 12 Monthly Installments | 10 Month | 12 Monthly Installments |
| 0 | $2,932 | $2,443.33 | N/A | N/A | $3,059 | $2,549.17 | N/A | N/A |
| 1 | $2,978 | $2,481.67 | N/A | N/A | $3,105 | $2,587.50 | N/A | N/A |
| 2 | $3,027 | $2,522.50 | N/A | N/A | $3,154 | $2,628.33 | N/A | N/A |
| 3 | $3,198 | $2,665.00 | $3,567 | $2,972.50 | $3,325 | $2,770.83 | $3,694 | $3,078.33 |
| 4 | $3,352 | $2,793.33 | $3,739 | $3,115.83 | $3,479 | $2,899.17 | $3,866 | $3,221.67 |
| 5 | $3,500 | $2,916.67 | $3,905 | $3,254.17 | $3,627 | $3,022.50 | $4,032 | $3,360.00 |
| 6 | $3,642 | $3,035.00 | $4,064 | $3,386.67 | $3,769 | $3,140.83 | $4,191 | $3,492.50 |
| 7 | $3,756 | $3,130.00 | $4,192 | $3,493.33 | $3,883 | $3,235.83 | $4,319 | $3,599.17 |
| 8 | $3,809 | $3,174.17 | $4,251 | $3,542.50 | $3,936 | $3,280.00 | $4,378 | $3,648.33 |
| 9 | $3,863 | $3,219.17 | $4,311 | $3,592.50 | $3,990 | $3,325.00 | $4,438 | $3,698.33 |
| 10 | $3,918 | $3,265.00 | $4,373 | $3,644.17 | $4,045 | $3,370.83 | $4,500 | $3,750.00 |
| 11 | $3,972 | $3,310.00 | $4,434 | $3,695.00 | $4,099 | $3,415.83 | $4,561 | $3,800.83 |
| 12 | $4,028 | $3,356.67 | $4,496 | $3,746.67 | $4,155 | $3,462.50 | $4,623 | $3,852.50 |
| 13 | $4,084 | $3,403.33 | $4,559 | $3,799.17 | $4,211 | $3,509.17 | $4,686 | $3,905.00 |
| 14 | $4,142 | $3,451.67 | $4,624 | $3,853.33 | $4,269 | $3,557.50 | $4,751 | $3,959.17 |
| 15 | $4,202 | $3,501.67 | $4,691 | $3,909.17 | $4,329 | $3,607.50 | $4,818 | $4,015.00 |
| 16 | $4,262 | $3,551.67 | $4,758 | $3,965.00 | $4,389 | $3,657.50 | $4,885 | $4,070.83 |
| 17 | $4,323 | $3,602.50 | $4,827 | $4,022.50 | $4,450 | $3,708.33 | $4,954 | $4,128.33 |
| 18 | $4,387 | $3,655.83 | $4,898 | $4,081.67 | $4,514 | $3,761.67 | $5,025 | $4,187.50 |
| 19 | $4,451 | $3,709.17 | $4,970 | $4,141.67 | $4,578 | $3,815.00 | $5,097 | $4,247.50 |
| 20 | $4,515 | $3,762.50 | $5,042 | $4,201.67 | $4,642 | $3,868.33 | $5,169 | $4,307.50 |
| 21 | $4,583 | $3,819.17 | $5,118 | $4,265.00 | $4,710 | $3,925.00 | $5,245 | $4,370.83 |
| 22 | $4,650 | $3,875.00 | $5,193 | $4,327.50 | $4,777 | $3,980.83 | $5,320 | $4,433.33 |
| 23 | $4,723 | $3,935.83 | $5,275 | $4,395.83 | $4,850 | $4,041.67 | $5,402 | $4,501.67 |
| 24 | $4,793 | $3,994.17 | $5,353 | $4,460.83 | $4,920 | $4,100.00 | $5,480 | $4,566.67 |
| 25 | $4,865 | $4,054.17 | $5,434 | $4,528.33 | $4,992 | $4,160.00 | $5,561 | $4,634.17 |
| 26 | $4,937 | $4,114.17 | $5,514 | $4,595.00 | $5,064 | $4,220.00 | $5,641 | $4,700.83 |
| 27 | $5,012 | $4,176.67 | $5,598 | $4,665.00 | $5,139 | $4,282.50 | $5,725 | $4,770.83 |
| 28 | $5,090 | $4,241.67 | $5,686 | $4,738.33 | $5,217 | $4,347.50 | $5,813 | $4,844.17 |
| 29 | $5,168 | $4,306.67 | $5,773 | $4,810.83 | $5,295 | $4,412.50 | $5,900 | $4,916.67 |
| 30+ | $5,168 | $4,306.67 | $5,773 | $4,810.83 | $5,295 | $4,412.50 | $5,900 | $4,916.67 |

**NOTE:** "NBPTS" stands for National Board for Professional Teacher Standards.



Office of Finance: Teacher Salaries

# Georgia Annual/Monthly
# Teacher & Administrator Salary Schedule

**Notes**

The Georgia Annual Salary Schedule for certified teachers and school administrators provides salary increments based upon:

1. the number of years creditable service (0 to 19+) <u>and</u>
2. the level of certification (i.e. 1 through 7 based upon years of college and degrees:

*T-1 (Vocational Education fields only) a minimum of the completion of a high school diploma or the GED equivalent.*

T-2 (Vocational Education fields only) a minimum of an associate's degree or one of the following options:

- An associate's degree or 90 quarter hours of acceptable college credit;
- A two-year program consisting of a minimum of 2,000 clock hours through a regionally accredited postsecondary vocational/technical school in the field in which certification is requested;
- A minimum of 45 quarter hours of acceptable college credit or university credit and a minimum of 1,000 clock hours through an accredited vocational/technical school in the field in which certification is requested..

T-3 not applicable

T-4 generally, a minimum of a bachelor's degree

T-5 generally, a minimum of a master's degree

T-6 generally, a minimum of an education specialist degree

T-7 generally, a minimum of Ph.D. or Ed.D.

**Type of Certification:**

<u>PROV.</u> (Provisional) certificates are issued to individuals who have satisfied the

minimum job-entry level requirements for a specific field. Provisional

**Contact Information**

Office of Finances
1666 Twin Towers East
Atlanta, Georgia 30334
Tel (404) 656-2492
FAX (404) 656-0816

Office of Finance
- SPLOST
- QBE Funding
- Revenue/Expenditure Rep

Teacher Salaries (Schedule)
- 2006 | 2005 | 2004 | 2003

Federal Fiscal Managment V
- NCLB & Federal Grants M
- Workshop Videos: Day 1 |



EXHIBIT C

certificates are identified by the letter "B."

PROF. (Professional) certificates are issued to individuals who have satisfied Georgia course requirements and performance requirements.

The Georgia Department of Education does **NOT** establish the amounts of local supplements. Please contact your local school district.

Each base salary **may** be supplemented by local school systems depending upon the ability and willingness of each system to pay an additional amount from local resources.

- Salary Schedule 2003
- Salary Schedule 2004

**Average Teacher Salaries for 2000-2001**

| State | Avg. Salary | National Rank |
| --- | --- | --- |
| **Georgia** | 42,141 | 20 |
| North Carolina | 41,496 | 21 |
| Virginia | 40,247 | 24 |
| Texas | 38,359 | 26 |
| Florida | 38,230 | 29 |
| South Carolina | 37,938 | 30 |
| Alabama | 37,606 | 31 |
| Tennessee | 37,413 | 32 |
| Mississippi | 31,954 | 49 |

Source: American Federation of Teachers annual survey of state departments of education.

© 1997-2005 Georgia Department of Education. All rights reserved | Visitor Agreement and Terms of Service

# STATE SALARY SCHEDULE

**GEORGIA ANNUAL/MONTHLY SALARY SCHEDULE FOR 10 MONTHS (190 DAYS) EMPLOYMENT**

FY 2006 | Folder Name: INITIAL FY 2006
PROPOSED | BASE EQUALS SCHOOL YEAR $30,441.00 2005-2006

| Years of Creditable Service | Salary Step | T-1 | T-2 | PROV BT-4 | PROF T-4 | PROV BT-5 | PROF T-5 | PROV BT-6 | PROF T-6 | PROV BT-7 | PROF T-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $28,767.00 94.50% OF T-4 | $29,604.00 97.25% OF T-4 | $28,767.00 94.50% OF T-4 | $30,441.00 100.00% N/A | $32,420.00 106.50% OF T-4 | $35,007.00 115.00% OF T-4 | $37,282.00 106.50% OF T-5 | $39,558.00 113.00% OF T-5 | $42,129.00 106.50% OF T-6 | $43,909.00 111.00% OF T-6 |
| 0,1,2 | E | $28,767.00 $2,397.25 | $29,604.00 $2,467.00 | $28,767.00 $2,397.25 | $30,441.00 $2,536.75 | $32,420.00 $2,701.67 | $35,007.00 $2,917.25 | $37,282.00 $3,106.83 | $39,558.00 $3,296.50 | $42,129.00 $3,510.75 | $43,909.00 $3,659.08 |
| 3 | 1 | $29,630.00 $2,469.17 | $30,492.00 $2,541.00 | $28,767.00 $2,397.25 | $31,354.00 $2,612.83 | $33,393.00 $2,782.75 | $36,057.00 $3,004.75 | $38,400.00 $3,200.00 | $40,745.00 $3,395.42 | $43,393.00 $3,616.08 | $45,226.00 $3,768.83 |
| 4 | 2 | $30,519.00 $2,543.25 | $31,407.00 $2,617.25 | $28,767.00 $2,397.25 | $32,295.00 $2,691.25 | $34,395.00 $2,866.25 | $37,139.00 $3,094.92 | $39,552.00 $3,296.00 | $41,967.00 $3,497.25 | $44,695.00 $3,724.58 | $46,583.00 $3,881.92 |
| 5 | 3 | $31,435.00 $2,619.58 | $32,349.00 $2,695.75 | $28,767.00 $2,397.25 | $33,264.00 $2,772.00 | $35,427.00 $2,952.25 | $38,253.00 $3,187.75 | $40,739.00 $3,394.92 | $43,226.00 $3,602.17 | $46,036.00 $3,836.33 | $47,980.00 $3,998.33 |
| 6 | 4 | $32,378.00 $2,698.17 | $33,319.00 $2,776.58 | $28,767.00 $2,397.25 | $34,595.00 $2,882.92 | $36,844.00 $3,070.33 | $39,783.00 $3,315.25 | $42,369.00 $3,530.75 | $44,955.00 $3,746.25 | $47,877.00 $3,989.75 | $49,899.00 $4,158.25 |
| 7 | 5 | $33,349.00 $2,779.08 | $34,319.00 $2,859.92 | $28,767.00 $2,397.25 | $35,633.00 $2,969.42 | $37,949.00 $3,162.42 | $40,976.00 $3,414.67 | $43,640.00 $3,636.67 | $46,304.00 $3,858.67 | $49,313.00 $4,109.42 | $51,396.00 $4,283.00 |
| 8 | 6 | $34,349.00 $2,862.42 | $35,349.00 $2,945.75 | $28,767.00 $2,397.25 | $37,236.00 $3,103.00 | $39,657.00 $3,304.75 | $42,820.00 $3,568.33 | $45,604.00 $3,800.33 | $48,388.00 $4,032.33 | $51,532.00 $4,294.33 | $53,709.00 $4,475.75 |
| 9,10 | 7 | $35,379.00 $2,948.25 | $36,409.00 $3,034.08 | $28,767.00 $2,397.25 | $38,353.00 $3,196.08 | $40,847.00 $3,403.92 | $44,105.00 $3,675.42 | $46,972.00 $3,914.33 | $49,840.00 $4,153.33 | $53,078.00 $4,423.17 | $55,320.00 $4,610.00 |
| 11,12 | L1 | $36,440.00 $3,036.67 | $37,501.00 $3,125.08 | $28,767.00 $2,397.25 | $39,504.00 $3,292.00 | $42,072.00 $3,506.00 | $45,428.00 $3,785.67 | $48,381.00 $4,031.75 | $51,335.00 $4,277.92 | $54,670.00 $4,555.83 | $56,980.00 $4,748.33 |
| 13,14 | L2 | $37,533.00 $3,127.75 | $38,626.00 $3,218.83 | $28,767.00 $2,397.25 | $40,689.00 $3,390.75 | $43,334.00 $3,611.17 | $46,791.00 $3,899.25 | $49,832.00 $4,152.67 | $52,875.00 $4,406.25 | $56,310.00 $4,692.50 | $58,689.00 $4,890.75 |
| 15,16 | L3 | $38,659.00 $3,221.58 | $39,785.00 $3,315.42 | $28,767.00 $2,397.25 | $41,910.00 $3,492.50 | $44,634.00 $3,719.50 | $48,195.00 $4,016.25 | $51,327.00 $4,277.25 | $54,461.00 $4,538.42 | $57,999.00 $4,833.25 | $60,450.00 $5,037.50 |
| 17,18 | L4 | $39,819.00 $3,318.25 | $40,979.00 $3,414.92 | $28,767.00 $2,397.25 | $43,167.00 $3,597.25 | $45,973.00 $3,831.08 | $49,641.00 $4,136.75 | $52,867.00 $4,405.58 | $56,095.00 $4,674.58 | $59,739.00 $4,978.25 | $62,264.00 $5,188.67 |
| 19,20 | L5 | $41,014.00 $3,417.83 | $42,208.00 $3,517.33 | $28,767.00 $2,397.25 | $44,462.00 $3,705.17 | $47,352.00 $3,946.00 | $51,130.00 $4,260.83 | $54,453.00 $4,537.75 | $57,778.00 $4,814.83 | $61,531.00 $5,127.58 | $64,132.00 $5,344.33 |
| 21+ | L6 | $42,244.00 $3,520.33 | $43,474.00 $3,622.83 | $28,767.00 $2,397.25 | $45,796.00 $3,816.33 | $48,773.00 $4,064.42 | $52,664.00 $4,388.67 | $56,087.00 $4,673.92 | $59,511.00 $4,959.25 | $63,377.00 $5,281.42 | $66,056.00 $5,504.67 |

Georgia Department Of Education
Kathy Cox, State Superintendent of Schools
Apr 06,20053:50 PM Page 1 of 1
All Rights Reserved





Teaching Careers

# Teaching Careers
## Salaries

- Program Home
- Career Fairs
- CATE
- Job Bank
- PACE

- Diversity Recruitment
- Current Profile
- Salaries
- SC Info

- Shortages
- Online Application
- Teacher EXPO
- Job Search

**Prospective Teachers**
- ProTeam/Teacher Cadet
- Teaching Fellows
- Teacher Loans & Scholarships
- Online Teaching Application
- Job Postings

**Teachers**
- ProTeam Instructors
- Teacher Cadet Instructors
- Cognitive Coaching
- Mentoring
- NBC Candidates
- NBC Teachers
- Teachers of the Year

**Administrators**
- CERRA Board Members
- School Level Administrators
- District Level Administrators
- Higher Education

**Our Fiscal Agent**
- Winthrop University

**SOUTH CAROLINA TEACHER SALARIES: 2005-2006**

Teacher salaries in South Carolina are based on a minimum salary schedule established by the state annually. School districts must pay the minimum salary mandated by the state using two criteria: (1) Years of experience and (2) educatic Education is divided into five categories: bachelor's degree; bachelor's degree and hours; master's degree; master's degree and 30 hours; and doctor's degree.
The figures shown here are the minimum salary at various points on the salary schedule for the 2005-2006 school year. Most districts will pay more than these minimums. For details, call the district in question. These estimates are based on 190-day teaching contracts. (Please keep in mind that the cost of living in South Carolina is lower than the national average.)

2005-2006 Minimum Salaries

| Years of Experience | Bachelor's | Bach +18 | Master's | MA+30 | Doctorate |
|---|---|---|---|---|---|
| None | $26,289 | $27,472 | $30,101 | $32,730 | $35,358 |
| 22 Years | $40,395 | $41,776 | $45,728 | $48,491 | $55,951 |

Source:
2005-2006 State Minimum Salary Schedule
S.C. Department of Education

Most school districts pay a beginning teacher (Bachelor's degree and 0 years experience) a higher salary than required by the 2005-2006 State Minimum Salary Schedule.

The 2003-2004 average estimated U.S. teacher salary was $46,826. (Source: NEA

The 2003-2004 average S.C. teacher salary was $41,162. (Source: S.C. Dept. of Education)

The 2003-2004 average SC salary for <u>beginning</u> teachers with a Bachelor's Degree was $27,883.

Source:
2002-2003 State Minimum Salary Schedule
S.C. Department of Education

**EXHIBIT D**