IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL EDUCATION ASSOCIATION, Inc.** :
:
    plaintiff, :
:
v. :
: Case No. 1:05CV02324 EGS
:
**DONALD H. RUMSFELD,** Secretary, :
United States Department of Defense, *et al.,* :
:
:
    defendants. :

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, the Opposition and Reply thereto, and the Court being fully advised, it is this _____ day of _____, 2006 hereby

ORDERED that the Plaintiff's Motion for Summary Judgement is GRANTED; and it is hereby further

ORDERED that the Clerk shall enter judgment in favor of the Plaintiff and against the Defendants; and it is hereby further

DECLARED:

    i.    that the Secretary and the Director violated 10 U.S.C. § 2164 by including DOD domestic school personnel in both the NSPS human resources management system and the NSPS labor relations system;

    ii. that the Secretary and the Director violated Section 351(c) of the National Defense Authorization Act for Fiscal Year 1995, 10 U.S.C. § 2164 note, by denying DOD domestic school personnel the right "to negotiate or bargain collectively with the Secretary with respect to wages, hours, and other terms and conditions of employment;"

    iii. that section 9901.102(f) of the final regulations exceeds the Secretary's statutory authority;

    iv. that inclusion of the DOD domestic school personnel in the NSPS human resources management system is arbitrary, capricious and an abuse of discretion;

    v. that inclusion of the DOD overseas educators and DOD domestic school personnel in the NSPS labor relations system is arbitrary, capricious and an abuse of discretion; and

    vi. that denying domestic dependent school personnel the right to continue to collectively bargain over pay, and for denying the overseas educators the right to continue to collectively bargain over extra duty compensation is arbitrary, capricious and an abuse of discretion; and it is hereby further

 ORDERED that the Secretary of Defense and the Director of the U.S. Office of Personnel Management, their agents, subordinates and employees are ENJOINED from including DOD overseas educators and DOD domestic school personnel in any aspect of the National Security Personnel System, and from enforcing or implementing any provision of the NSPS regulations against them or against the Federal Education Association, Inc.

                                                _____
United States District Judge

the clerk shall serve:

Richard J. Hirn
5335 Wisconsin Ave NW
Suite 440
Washington, DC 20015


Jeffrey M. Smith
Attorney, U.S. Department of Justice
20 Massachusetts Ave, N.W.
Room 7300
Washington, DC 20530