IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV02324 EGS ) |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Civil Rules 7(h) and 56.1, Defendants submit the following response to Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute in the above-captioned action. Defendants have filed a Motion to Dismiss this action for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants believe there are no facts material to the Court's disposition of this action.

Defendants nonetheless respond below to each of the assertions in Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute. Defendants state that there are no allegations of material fact set forth in Plaintiff's Statement of Material Facts Not in Dispute that could give rise to a genuine issue necessary to be litigated in this action. Defendants respond to Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute as follows:

1. Not disputed.  Immaterial.

2. Not disputed, except as to plaintiff's unsubstantiated and speculative assertion that collective bargaining during the Vietnam War had no "adverse impact on the ability of DoD to prosecute the war" from bases at which teachers' salaries were collectively bargained. This paragraph is not material.

3. Not disputed.

4. Not disputed.

5. Not disputed.

6. Not disputed. Defendants note that in Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute, the last two paragraphs are numbered "paragraph 5." This response is intended to refer to the second of the paragraphs numbered "paragraph 5."

Dated: January 26, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

        /s/
SUSAN K. RUDY, D.C. Bar # 369112
JEFFREY M. SMITH, D.C. Bar # 467936
JONATHAN ZIMMERMAN, MA Bar # 654255
Attorneys, U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 514-5751
Attorneys for Defendants