IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL EDUCATION ASSOCIATION, Inc.** :
:
    plaintiff, :
:
v. :
: Case No. 1:05CV02324 EGS
:
**DONALD H. RUMSFELD,** Secretary, :
United States Department of Defense, *et al.*, :
:
:
    defendants.

**MOTION TO RESCHEDULE FEBRUARY 1, 2006 STATUS HEARING**

    Plaintiff Federal Education Association, Inc. hereby moves this Court for an Order rescheduling the Status Hearing set for Wednesday, February 1. This Hearing was set by order of the Court on January 26. However, undersigned counsel for the plaintiff will be in trial in Tampa, Florida on January 31, February 1 and 2 in the matter of *U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Aircraft Operations Center and National Weather Service Employees Organization,* No. AT-CA-05-0402. Witnesses from around the country have been subpoenaed for that trial and it can not be rescheduled at this late date.

    The Plaintiff believes that a status hearing in the captioned case would be very beneficial, and requests that it be rescheduled in the near future. Plaintiff's counsel is available for such a hearing at anytime during the week of February 6 (other than the

afternoon of February 9); anytime during the week of February 13 (other than February 16); and anytime during the week of February 20. Counsel will be out of the city again during the week of February 27.

The Plaintiff's motion for summary judgment has been fully briefed. The Defendants' reply to the Plaintiff's opposition to the Defendant's motion to dismiss is due at the end of next week. Plaintiff suggests that the Court might use the status hearing as an opportunity to allow the parties to present oral argument on these motions.

Plaintiff's counsel has attempted to obtain the Defendants' position on this motion but Defendants' counsel could not be reached.

For the foregoing reasons, the Plaintiff respectfully requests that the Court reschedule the February 1 status hearing.

Respectfully submitted,

/s/
_____
RICHARD J. HIRN
5335 Wisconsin Ave NW
Suite 440
Washington, D.C. 20015
202-274-1812
DC Bar no. 291849

Attorney for the
Federal Education Association, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL EDUCATION ASSOCIATION, Inc.** :
:
    plaintiff, :
:
v. :
:  Case No. 1:05CV02324 EGS
:
**DONALD H. RUMSFELD,** Secretary, :
United States Department of Defense, *et al.,* :
:
:
    defendants. :

## ORDER

Upon consideration of Plaintiff's Motion to Reschedule the February 1, 2006 Status Hearing, it is hereby ORDERED that the Status Hearing is rescheduled for February ____, 2006 at ____. The parties should be prepared to present oral argument on their pending motions at that time.

                                                _____
                                                United States District Judge

the clerk shall serve:

Richard J. Hirn
5335 Wisconsin Ave NW
Suite 440
Washington, DC 20015

Jeffrey M. Smith
Attorney, U.S. Department of Justice
20 Massachusetts Ave, N.W.
Room 7300
Washington, DC 20530