IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL EDUCATION ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05CV02324 EGS |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, et al., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that JONATHAN E. ZIMMERMAN, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendants. Jeffrey M. Smith remains lead counsel on the matter.

Dated: February 22, 2006           Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____/s/_____
SUSAN K. RUDY, D.C. Bar # 369112
JEFFREY M. SMITH, D.C. Bar # 467936
JONATHAN ZIMMERMAN, MA Bar # 654255
Attorneys, U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 6134
Washington, D.C. 20530
Telephone: (202) 353-0441
jonathan.zimmerman@usdoj.gov

*Attorneys for Defendants*