IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:05CV02324 EGS ) |
| ROBERT M. GATES, SECRETARY OF DEFENSE, et al., | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' CONSENTED-TO MOTION FOR AN EXTENSION OF TIME**

Defendants respectfully request that the Court set their deadline for responding to Plaintiff's Motion for Summary Judgment and for filing their renewed Motion to Dismiss at 15 days after the issuance of the Court of Appeals' mandate in the related case of *American Federation of Government Employees v. Rumsfeld*, 1:05-CF-02183-EGS ("*AFGE*").

As the Court is aware, after Plaintiff filed an earlier Motion for Summary Judgment and Defendants filed their initial Motion to Dismiss, the Court issued an opinion in *AFGE*, enjoining parts of NSPS. *See AFGE v. Rumsfeld*, 422 F. Supp. 2d 16 (D.D.C. 2006). Defendants appealed the Court's ruling in *AFGE*, and this Court then entered an Order in this case, denying the pending dispositive motions "without prejudice to refiling upon resolution of the appeal in the lead case, *AFGE v. Rumsfeld* (05-2183)." Minute Order (Apr. 25, 2006).

On May 18, 2007, the D.C. Circuit issued a decision and opinion in the *AFGE* case. *See AFGE v. Gates*, 2007 WL 1452571 (D.C. Cir. May 18, 2007). Defendants respectfully request that this Court, consistent with its April 25, 2006 Minute Order, put off briefing in this case until after the mandate has issued in *AFGE*, and set Defendants' time to respond to Plaintiff's Motion and to file their own dispositive Motion at 15 days after the *AFGE* mandate

has issued.

    Counsel for Plaintiff has consented to the relief sought in this Motion. The granting of this Motion will not result in the continuance of any hearing, conference or trial.

Dated: June 26, 2006          Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

                                     KENNETH L. WAINSTEIN
                                     United States Attorney

                                        */s/ Jeffrey M. Smith*
                                     SUSAN K. RUDY, D.C. Bar # 369112
                                     JEFFREY M. SMITH, D.C. Bar # 467936
                                     JONATHAN ZIMMERMAN, MA Bar # 654255
                                     Attorneys, U.S. Department of Justice
                                     20 Massachusetts Avenue, N.W., Room 7126
                                     Washington, D.C. 20530
                                     Telephone: (202) 514-5751
                                     Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV02324 EGS ) |
| ROBERT M. GATES, SECRETARY OF DEFENSE, et al., | ) ) ) |
| Defendants. | ) |

### [proposed] ORDER

Upon consideration of Defendants' Motion for an Extension of Time, it is hereby

ORDERED that defendants' motion is GRANTED, and it is

FURTHER ORDERED that Defendants' response to Plaintiff's Motion for Summary Judgment and Defendants' renewed Motion to Dismiss shall be due 15 days after the mandate has issued from the Circuit Court in *AFGE v. Gates*.

Dated: _____     _____
                            EMMET G. SULLIVAN
                            UNITED STATES DISTRICT JUDGE