## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION<br>　ASSOCIATION, INC., | ) <br> ) <br> ) |
| 　　　　　Plaintiff, | ) |
| 　　　v. | ) Case No. 1:05CV02324 EGS |
| | ) |
| ROBERT M. GATES, SECRETARY OF<br>　DEFENSE, et al., | ) <br> ) <br> ) |
| | ) |
| 　　　　　Defendants. | ) |

### [proposed] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, Defendants' Motion to

Dismiss, the Oppositions thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion is DENIED, and it is

FURTHER ORDERED that Defendants' Motion is GRANTED, and it is

FURTHER ORDERED that this action is dismissed with prejudice.


Dated: _____             _____
　　　　　　　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE