IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION<br>  ASSOCIATION, INC., | )<br>)<br>) |
|       Plaintiff,<br>    v. | )<br>) Case No. 1:05CV02324 EGS<br>) |
| DONALD RUMSFELD, SECRETARY OF<br>  DEFENSE, et al., | )<br>)<br>) |
|       Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Civil Rules 7(h) and 56.1, Defendants submit the following response to Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute in the above-captioned action. Defendants have filed a Motion to Dismiss this action for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants believe there are no facts material to the Court's disposition of this action.

Defendants nonetheless respond below to each of the assertions in Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute. Defendants state that there are no allegations of material fact set forth in Plaintiff's Statement of Material Facts Not in Dispute that could give rise to a genuine issue necessary to be litigated in this action. Defendants respond to Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute as follows:

    1. Not disputed. Immaterial.

    2. Not disputed, except as to plaintiff's unsubstantiated and speculative assertion that collective bargaining during the Vietnam War had no "adverse impact on the ability of DoD to

prosecute the war" from bases at which teachers' salaries were collectively bargained. This paragraph is not material.

    3. Not disputed.

    4. Not disputed.

    5. Not disputed, except as to plaintiff's unsubstantiated assertions that the compensation scheme used in DoD domestic dependents schools in Kentucky, North Carolina, South Carolina, Georgia and Alabama "is modeled on the salary schedule for the public school teachers in those states" and that the compensation scheme is "routine in public schools across the country, including those school systems on which this schedule is based." These assertions constitute plaintiff's vague characterizations to which defendants cannot meaningfully reply. Furthermore, they are not material.

    6. Not disputed. Defendants note that in Plaintiff's Statement of Material Facts To Which There Is No Genuine Dispute, the last two paragraphs are numbered "paragraph 5." This response is intended to refer to the second of the paragraphs numbered "paragraph 5."

Dated: October 2, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey M. Smith_
　　　　　　　　　　　　　　　　　　SUSAN K. RUDY, D.C. Bar # 369112
　　　　　　　　　　　　　　　　　　JEFFREY M. SMITH, D.C. Bar # 467936
　　　　　　　　　　　　　　　　　　JONATHAN ZIMMERMAN, MA Bar # 654255
　　　　　　　　　　　　　　　　　　Attorneys, U.S. Department of Justice
　　　　　　　　　　　　　　　　　　20 Massachusetts Avenue, N.W., Room 7126
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 514-5751
　　　　　　　　　　　　　　　　　　Attorneys for Defendants