## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION ASSOCIATION, INC., | ) ) ) |
| Plaintiff, v. | ) ) Case No. 1:05CV02324 EGS ) |
| ROBERT M. GATES, SECRETARY OF DEFENSE, et al., | ) ) ) |
| Defendants. | ) |

**[proposed] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, Defendants' Motion to Dismiss, the Oppositions thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion is DENIED, and it is

FURTHER ORDERED that Defendants' Motion is GRANTED, and it is

FURTHER ORDERED that this action is dismissed with prejudice.

Dated: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE