IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL EDUCATION ASSOCIATION, Inc.** :
:
    plaintiff, :
:
v. :
: Case No. 1:05CV02324 EGS
:
**ROBERT M. GATES,** Secretary, :
United States Department of Defense, *et al.,* :
:
:
    defendants. :

## ORDER

Upon consideration of Plaintiff's Motion for an enlargement of time to file its Opposition to the Defendants' Motion to Dismiss, and its Reply to the Defendants' Opposition to Plaintiff's Motion for Summary Judgment until November 30, 2007; it is hereby ORDERED that the Plaintiff's Motion for Enlargement is GRANTED and that the Plaintiff shall have until November 30 to file its Opposition and Reply Memoranda.

_____
United States District Judge