### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL EDUCATION ASSOCIATION, Inc.** : | |
| : | |
| plaintiff, : | |
| : | |
| v. : | |
| : | Case No. 1:05CV02324 EGS |
| : | |
| **ROBERT M. GATES,** Secretary, : | |
| United States Department of Defense, *et al.,* : | |
| : | |
| : | |
| defendants. : | |

### ORDER

Upon consideration of Plaintiff's Unopposed Motion for a Stay of Proceedings; it is hereby ORDERED that the Plaintiff's Motion for a Stay is GRANTED and that the proceedings herein, (including any due dates for any response or reply to other pending motions), are hereby stayed until final Congressional and Presidential action on the National Defense Authorization Act for Fiscal Year 2008 or until further Order of the Court.

_____
United States District Judge