IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL EDUCATION ASSOCIATION, Inc.** :
:
plaintiff, :
:
v. :
: Case No. 1:05CV02324 EGS
:
**ROBERT M. GATES,** Secretary, :
United States Department of Defense, *et al.,* :
:
:
defendants. :

NOTICE OF VOLUNTARY DISMISSAL

The Federal Education Association hereby serves notice that it is voluntarily dismissing this case without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(i).

Respectfully submitted,

/s/
RICHARD J. HIRN
5335 Wisconsin Ave NW
Suite 440
Washington, D.C. 20015
202-274-1812
DC Bar no. 291849

Attorney for the
Federal Education Association, Inc.